US00D576933S

(12) **United States Design Patent**  (10) Patent No.: **US D576,933 S**
Smith                                  (45) Date of Patent: ** **Sep. 16, 2008**

(54) **MOTORCYCLE MIRROR**

(76) Inventor: **Patrick Smith**, 129 NW. 13th St., Suite 35, Boca Raton, FL (US) 33432

(**) Term: **14 Years**

(21) Appl. No.: **29/271,461**

(22) Filed: **Jan. 18, 2007**

(51) LOC (8) Cl. .................................. **12-16**
(52) U.S. Cl. .................................. **D12/187**
(58) Field of Classification Search ........... D12/110, D12/187, 188, 189; 359/838–881; 180/219
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D184,382 S | * | 2/1959 | Smaltz | D26/36 |
| D203,497 S | * | 1/1966 | Vitaloni et al. | D12/187 |
| D207,634 S | * | 5/1967 | Engelmann | D12/187 |
| 3,434,688 A | * | 3/1969 | Joachim | 248/483 |
| 3,512,746 A | * | 5/1970 | Giovanni et al. | 248/483 |
| D329,037 S | * | 9/1992 | Benner | D12/187 |
| D429,840 S | * | 8/2000 | Hsieh | D26/106 |

* cited by examiner

*Primary Examiner*—Cathron Brooks
*Assistant Examiner*—Linda Brooks
(74) *Attorney, Agent, or Firm*—Gold & Rizvi, P.A.; H. John Rizvi; Glenn E. Gold

(57) **CLAIM**

I claim the ornamental design for a motorcycle mirror, as shown and described.

**DESCRIPTION**

FIG. 1 is an upper right perspective view of the motorcycle mirror showing my new design, the left being a mirror image thereof;
FIG. 2 bottom left perspective view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a rear view thereof;
FIG. 6 is a front view; and,
FIG. 7 is a left view, the right being a mirror image thereof.

**1 Claim, 3 Drawing Sheets**




Exhibit 2

# Notice of Claimed Infringement

Date: March 12, 2014

eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper, UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711 / email: vero@ebay.com

Dear eBay:

I, the undersigned, state **under penalty of perjury** that:

- I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual property rights ("IP Owner");
- I have a good faith belief that the listings identified (by item number) in the addendum attached hereto offer items or contain materials that are not authorized by the IP Owner, its agent, or the law; and
- The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the addendum.

**I may be contacted at** (* required):

Name of IP Owner*: Patrick Smith

Name and title*: Patrick Smith, Owner

Company: St. Machine

Address*: 3650 NW 4th Avenue

City, State, and Zip*: Boca Raton, Florida 33431

Email address (for correspondence with eBay): pat@stmachine.com

Email address* (to be given to eBay sellers): pat@stmachine.com

Telephone*: 561-370-9461

Fax:

In addition to the undersigned, the following persons have the proper authority to sign future Notices of Claimed Infringement on behalf of the IP Owner:

Name: Yoni Markhoff, Esq.    Email: yoni@markhoffpa.com
Name:                        Email:
Name:                        Email:

Truthfully,

_____
Signature



March 12, 2014


eBay Verified Rights Owners (VeRO)
eBay's Registered Agent
173 West Election Road
Draper, UT 84020
Fax: (801)757-9521
Email: copyright@ebay.com


Work being infringed on:    Motorcycle Mirror being sold and marketed as St. Machine Pig Spotters, US Patent No. US-D576,933 S (please see patent attached)

Several different sellers on eBay, based in China, are listing "St Machine Pig Spotters Mirror". These items were not bought from St. Machine. They are illegally being manufactured by an unauthorized source in China and being sold on eBay for their benefit. Some of the sellers names are:

- Huai1990
- Mr.motoboy2012
- Mr.motoboy
- Tips-in-file
- Wish2011

I have attached printouts of their listing. If there is any other information needed, please feel free to contact my attorney's office, Law Offices of Yoni Markhoff, P.A. at 786-463-4463 or at yoni@markhoffpa.com and tiffany@markhoffpa.com.

1108 Kane Concourse ı Suite 206 ı Bay Harbor Island, FL 33154
Phone: (786) 463-4463 ı Fax: (786) 364-1219
www.markhoffpa.com ı yoni@markhoffpa.com

Exhibit 3

**From:** vero@ebay.com
**Subject:** RE: Notice of Claimed Infringement SR# 1-23284091919
**Date:** March 21, 2014 3:37:24 PM EDT
**To:** tiffany@markhoffpa.com



eBay sent this message to tiffany@markhoffpa.com.
Your registered name is included to show this message came from eBay. Learn more about how to tell if an email is really from eBay.

**RE: Notice of Claimed Infringement SR# 1-23284091919**

Dear Tiffany

Thank you for providing the eBay Verified Rights Owner (VeRO) Program with your Notice of Claimed Infringement on behalf of St. Machine.

At this time, we have not processed the report you provided regarding an alleged infringement of your U.S. patent rights for the item numbers below:

111221828476
121292816153
301043734822
151244533410
300927384517

To process a U.S. patent claim we require an injunction or other court order which has been granted on the basis that the items you reported infringe on your valid and enforceable U.S. patent.

If you have this information please fax it to 801-757-9521 or send it as a PDF attachment to vero@ebay.com and we will investigate this matter further.

If you do not have this information we are not able to assist you at this time. If in the future you obtain this documentation, please provide it to us as mentioned above along with an updated Notice of Claimed Infringement (NOCI).

Thank you for your concern in helping to keep eBay a safe and reputable forum in which to conduct business.

Sincerely,

Michael B
eBay VeRO Team

**From:** Tiffany Alvarez <tiffany@markhoffpa.com>
**Sent:** 3/20/2014 2:29:03 PM
**To:** vero@ebay.com; copyright@ebay.com
**CC:** Yoni Markhoff
**Subject:** Notice of Claimed Infringement

Good Morning, Attached please find a Notice of Claimed Infringement on behalf of the IP Owner, Patrick Smith. Thank you, Tiffany Alvarez Paralegal Law Office of Yoni Markhoff, P.A. Direct: (786) 419-4217 Office: (786) 463-4463 Fax: (786) 364-1219 tiffany@markhoffpa.com www.markhoffpa.com 1108 Kane Concourse Suite 206 Bay Harbor Islands, FL 33154 The best compliment you could give is referring us to an acquaintance of yours. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

[THREAD ID: 1-AP2PP2U]

eBay Document ID: 9419176003

Learn More about how to protect yourself from spoof (fake) emails.

This administrative email was sent to tiffany@markhoffpa.com from eBay. As outlined in our User Agreement, eBay will periodically send you required emails about site changes, site enhancements, and your transactions. Read our Privacy Policy and User Agreement for more details if you have any questions.

Copyright ©2014 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.